UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS QUALLS, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | CIV. ACTION NO. 4:18-cv-00666 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | COLLECTIVE AND CLASS ACTION |
| | § | COMPLAINT |
| EOG RESOURCES, INC.; | § | |
|     Defendant. | § | |

**PLAINTIFF'S MOTION TO LIFT STAY AND TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Marcus Qualls, individually and on behalf of all others similarly situated, hereby files this Motion to Lift Stay and to Dismiss with Prejudice, and would respectfully show as follows:

The parties have resolved all matters in dispute among them in this case. As such, Plaintiff hereby requests the court to lift the stay and dismiss the case with prejudice.

WHEREFORE, Marcus Qualls requests that this case be dismissed, with prejudice, and that each party bear its own court costs and attorney's fees.

Respectfully submitted,

/s/ Josh Borsellino
Josh Borsellino
State Bar No. 24045532
Southern District of Texas Number 639625
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
T: 817.908.9861
F: 817.394.2412
josh@dfwcounsel.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF filing system of the Southern District of Texas on February 11, 2019.

/s/ Josh Borsellino